No. 93–444.   CITY OF PALO ALTO ET AL. *v.* O'LEARY, SECRETARY OF ENERGY, ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 93–450.   COONES *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 10th Cir.   Certiorari denied.

No. 93–542.   RASHMI P. *v.* COMMISSIONER OF SOCIAL SERVICES OF NEW YORK CITY.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.

No. 93–543.   GOLDSTEIN & BARON, CHARTERED *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 93–548.   KELLY, TRUSTEE *v.* TAHOE REGIONAL PLANNING AGENCY ET AL.   Sup. Ct. Nev.   Certiorari denied.

No. 93–558.   RELIGIOUS TECHNOLOGY CENTER ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (MAYO ET AL., REAL PARTIES IN INTEREST).   C. A. 9th Cir.   Certiorari denied.

No. 93–560.   PUBLIC CITIZEN ET AL. *v.* UNITED STATES TRADE REPRESENTATIVE.   C. A. D. C. Cir.   Certiorari denied.

No. 93–567.   CONTINENTAL ILLINOIS CORP. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 7th Cir.   Certiorari denied.

No. 93–580.   LEWIS *v.* OHIO.   Ct. App. Ohio, Allen County.   Certiorari denied.

No. 93–587.   SCARCE *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 93–592.   DOW CHEMICAL CO. *v.* ASOCIACION NACIONAL DE PESCADORES A PEQUENA ESCALA O ARTESANALES DE COLOMBIA ET AL.   C. A. 5th Cir.   Certiorari denied.